# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH HENDERSON,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 23-CV-4054 |
| | : | |
| **MARY ELLEN KARDOSH,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 14th day of December, 2023, upon consideration of Plaintiff Joseph Henderson's *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

/s/ John Milton Younge

**JOHN MILTON YOUNGE, J.**